UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.

CHARLES BAKOGIANNIS                              Case No. 2:22-cr-71-SPC-NPM

_____

**CORRECTED REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY**

The Defendant, by consent, appeared before me and entered a plea of guilty to the offense of possession with intent to distribute cocaine (no threshold amount alleged) in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C), which is a lesser included offense within Count Four of the Indictment (Doc. 19).  After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea was knowledgeable, voluntary, and supported by an independent basis in fact containing each of the essential elements.  I, therefore, **RECOMMEND** that the plea of guilty be accepted, that the Defendant be adjudged guilty of violating 21 U.S.C. § 841(a)(1) and (b)(1)(C), and that sentence be imposed accordingly.  The parties have waived the fourteen-day objection period to this Report and Recommendation (Docs. 52, 56).

Respectfully **RECOMMENDED** on February 2, 2023.

_____
NICHOLAS P. MIZELL
UNITED STATES MAGISTRATE JUDGE