UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 2:22-cr-71-SPC-NPM

CHARLES BAKOGIANNIS

### ORDER[1]

Before the Court is the United States Magistrate Judge's Corrected Report and Recommendation Concerning Plea of Guilty, which clarifies the charge to which the defendant pled. (Doc. 63). The Magistrate Judge recommends the Court accept Defendant's guilty plea and adjudicate Defendant guilty. The parties have waived the fourteen-day objection period. (Docs. 52; 56). After examining the file independently, and upon considering the Magistrate Judge's findings and recommendations, the Court accepts and adopts the Corrected Report and Recommendation.

Accordingly, it is **ORDERED:**

(1) The Report and Recommendation (Doc. 63) is **ACCEPTED and ADOPTED**, and the findings incorporated herein.

(2) Defendant's plea of guilty is **ACCEPTED** and Defendant is

---

[1] Disclaimer: Papers hyperlinked to CM/ECF may be subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or their services or products, nor does it have any agreements with them. The Court is not responsible for a hyperlink's functionality, and a failed hyperlink does not affect this Order.

**ADJUDICATED GUILTY** as to the offense of possession with intent to distribute cocaine (no threshold amount alleged) in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C), which is a lesser included offense within Count Four of the Indictment (Doc. 19).

(3) The sentencing hearing is set for **May 8, 2023 at 10:30 AM**.

**DONE AND ORDERED** in Fort Myers, Florida on February 13, 2023.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record