UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 2:22-cr-71-SPC-NPM

CHARLES BAKOGIANNIS

### **PRELIMINARY ORDER OF FOREFEITURE**[1]

Before the Court is the United States' Motion for Preliminary Order of Forfeiture. (Doc. 64). Now that Defendant has been adjudicated guilty of possessing with intent to distribute cocaine,[2] the Government seeks a preliminary order forfeiting his interest in a 2016 Chevrolet Corvette, VIN No. 1G1YB2D72G5117617. *See* 21 U.S.C. § 853; Fed. R. Crim. P. 32.2(b)(2). In so moving, the Government has connected the Corvette to the adjudicated drug offense. The Court thus finds the United States is entitled to possession of the Corvette.

Accordingly, it is

**ORDERED**:

---

[1] Disclaimer: Papers hyperlinked to CM/ECF may be subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or their services or products, nor does it have any agreements with them. The Court is not responsible for a hyperlink's functionality, and a failed hyperlink does not affect this Order.

[2] Defendant has been adjudicated guilty for possessing with intent to distribute cocaine (no threshold amount alleged) in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C), which is a lesser included offense within Count Four of the Indictment. (Doc. 65).

The United States' Motion for Preliminary Order of Forfeiture (Doc. 64) is **GRANTED**.

1. Defendant's interest in 2016 Chevrolet Corvette, VIN No. 1G1YB2D72G5117617 is **CONDEMNED** and **FORFEITED** to the United States for disposition according to law and subject to 21 U.S.C. § 853(n), as incorporated by 28 U.S.C. § 2461(c).

2. Jurisdiction is retained to the extent necessary to complete the forfeiture and disposition of the asset.

**DONE AND ORDERED** in Fort Myers, Florida on March 1, 2023.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record