UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 2:22-cr-71-SPC-NPM

CHARLES BAKOGIANNIS

### FINAL ORDER OF FOREFEITURE[1]

Before the Court is the United States' Motion for Final Order of Forfeiture. (Doc. 74). The Government seeks a final order forfeiting a 2016 Chevrolet Corvette, VIN No. 1G1YB2D72G5117617, which was subject to a March 1, 2023, Preliminary Order of Forfeiture (Doc. 66). Although the Government gave proper notice, no third parties have petitioned for the Assets, and the time to do so has expired. The Court thus will forfeit all right, title, and interest in the 2016 Chevrolet Corvette, VIN No. 1G1YB2D72G5117617, to the Government.

Accordingly, it is

**ORDERED**:

---

[1] Disclaimer: Papers hyperlinked to CM/ECF may be subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or their services or products, nor does it have any agreements with them. The Court is not responsible for a hyperlink's functionality, and a failed hyperlink does not affect this Order.

The United States' Motion for Final Order of Forfeiture (Doc. 74) is **GRANTED**.

1. Defendant's interest in the 2016 Chevrolet Corvette, VIN No. 1G1YB2D72G5117617, is **CONDEMNED** and **FORFEITED** to the United States for disposition according to law and subject to 21 U.S.C. § 853(n)(7), and Federal Rule of Criminal Procedure 32.2(c)(2).

2. Clear title to the Asset is now **VESTED** in the United States.

**DONE AND ORDERED** in Fort Myers, Florida on June 13, 2023.

*Sheri Polster Chappell*
**SHERI POLSTER CHAPPELL**
**UNITED STATES DISTRICT JUDGE**

Copies: Counsel of Record